FILED
MAR 20 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., | ) | |
| Plaintiff, | ) | No. 08-195 T |
| v. | ) | Judge |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**COMPLAINT**

Filed March 20, 2008

1. The action arises under Act June 25, 1948, c. 646, 62 Stat. 940; U.S.C. Title 28, § 1491(a)(1), as hereinafter more fully appears.

2. On or about September 15, 1997, plaintiff timely filed with the Internal Revenue Service ("IRS") Form 1120, U.S. Corporation Income Tax Return, for calendar year 1996 ("1996 Form 1120"), on which it reported taxable income of $480,953,396.00.

3. The name appearing on the 1996 Form 1120 was Dominion Resources, Inc.; the address was P.O. Box 26666, Richmond, Va. 23261; the taxpayer identification number was 54-1229715; the amount of corporate income tax paid was $186,802,387.00; toward a tax liability of $137,706,282.00, resulting in an overpayment of $49,168,615.00, which was credited to tax year 1997; and the return was filed with the IRS District Office in Richmond, Virginia.

4. Subsequent to the filing of the 1996 Form 1120, plaintiff paid additional income tax for 1996, in the amount of $84,599.00 via electronic transfer on October 28, 1999, and $10,024,531.00 on September 25, 2000. The latter payment was made to the IRS District Office in Richmond, Virginia.

5. Effective August 3, 2007, plaintiff and the IRS entered into an agreement on Form 870-AD, Offer to Waive Restrictions on Assessment and Collection of Tax Deficiency and to Accept Overassessment, pursuant to which the IRS agreed that there was an overassessment of plaintiff's 1996 income tax in the amount of $9,564,557.00. This amount was received in October, 2007. The agreed taxable income was $483,668,021.00, and the agreed tax liability was $138,250,855.00

6. On the Form 870-AD, plaintiff reserved the right to timely file a claim for refund with respect to "the amount of interest properly capitalized by the IRS under section 263 of the Internal Revenue Code of 1986 with respect to 'associated property' as defined in Treasury Regulation § 1.263A-11(e), and any correlative adjustments for the year [1996]."

7. On October 1, 2007, plaintiff timely filed with the IRS Service Center in Ogden, Utah, a claim for refund for calendar year 1996, on Form 1120X, Amended U.S. Corporation Income Tax Return, in the amount of $297,699.00, on the grounds that the IRS improperly required plaintiff to capitalize interest with respect to associated property. A copy of the claim for refund is annexed to this Complaint.

8. On November 1, 2007, the IRS sent plaintiff Letter 569 stating that plaintiff's claim for refund was fully disallowed.

9. Plaintiff timely filed its claim for refund for 1996 under section 6511(c) of the Internal Revenue Code of 1986 ("the Code") prior to 6 months after the expiration of the period within which an assessment could be made pursuant to an

agreement under the provisions of section 6501(c)(4) extending the period within which income tax for 1996 could be assessed by the IRS.

10. The IRS rendered a decision on plaintiff's claim for refund on November 1, 2007, and this suit is timely under section 6532(a)(1) of the Code.

11. Inasmuch as all requirements of the Code have been met, the Court has jurisdiction under § 1491 of Title 28 of the United States Code to hear this suit.

12. Plaintiff is a corporation organized under the laws of Virginia.

13. Plaintiff is primarily engaged in the business of furnishing electrical power and natural gas to individual and commercial customers.

14. During 1996, plaintiff incurred otherwise deductible costs with respect to construction projects related to its electrical power generation, transmission and distribution properties which plaintiff capitalized under section 263(a) of the Code.

15. On its 1996 federal income tax return, plaintiff capitalized otherwise deductible interest expense pursuant to section 263A of the Code with reference to the accumulated production expenditures directly and indirectly attributable to each construction project undertaken by plaintiff.

16. The IRS erroneously increased the amount of interest expense plaintiff was required to capitalize by adding to the direct and indirect accumulated production expenditures of plaintiff's construction projects the basis of previously existing property that was temporarily idled as a result of the construction projects.

17. As a result of erroneously increasing the amount of otherwise deductible interest expense plaintiff was required to capitalize for 1996, the IRS erroneously disallowed $1,526,158.00 of interest expense that was properly deductible by plaintiff for that year.

18. As a result of erroneously denying plaintiff's claim for refund described above, defendant erroneously refused to refund to plaintiff, $297,699.00, plus interest according to law.

19. Defendant owes plaintiff $297,699.00, plus interest according to law.

WHEREFORE, plaintiff demands judgment against defendant for the sum of two hundred ninety-seven thousand six hundred ninety-nine dollars ($297,699.00), plus interest according to law.

Signed: ______________________
Eric R. Fox

Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-662-3406
Facsimile No.—202-393-7601
E-Mail Address.—ericfox@ipbtax.com

______________________
Leslie J. Schneider
Of Counsel
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-393-7600
Facsimile No.—202-393-7601
E-Mail Address.—lschneider@ipbtax.com

March 20, 2008

Dominion Resources Services, Inc.
701 East Cary Street, Richmond, VA 23219
Mailing Address: P.O. Box 26666
Richmond, VA 23261

Dominion®

October 1, 2007

IRS Service Center
Ogden UT 84201-0012

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Re: Dominion Resources Inc. 54-1229715
Amended Return – Tax Year 1996

Enclosed find form 1120X Amended U.S. Corporation Income Tax Return for tax year 1996 for Dominion Resources Inc., FEIN 54-1229715. A copy of this amended return is also being provided to Mr. William Radden, IRS Senior Team Coordinator.

Sincerely,

Winfield L. Ryan
Director - Tax Audits

RECEIVED
FIELD AUDIT BRANCH
OCT 0 1 2007
INTERNAL REVENUE SERVICE
RICHMOND, VA.

9/27/2007 11:38:25 AM DOMINION RESOURCES, INC 541229715

Form **1120X** (Rev. December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ DEC 1996 (Enter month and year.)

Please Type or Print

Name: DOMINION RESOURCES, INC

Employer identification number: 54-1229715

Number, street, and room or suite no. (If a P.O. box, see instructions.): P. O. BOX 26666

City or town, state, and ZIP code: RICHMOND, VA 23261

Telephone number (optional)

Enter name and address used on original return (If same as above, write "Same.")

Same

Internal Revenue Service Center where original return was filed ▶ RICHMOND, VA

**Fill in applicable items and use Part II on the Page 2 to explain any changes**

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 2,817,101,824. | 0. | 2,817,101,824. |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 2,333,433,803. | 1,526,158. | 2,334,959,961. |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 483,668,021. | (1,526,158.) | 482,141,863. |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 138,250,855. | (297,699.) | 137,953,156. |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 19,714,387. | 0. | 19,714,387. |
| b Estimated tax payments | 5b | 167,088,000. | 0. | 167,088,000. |
| c Refund applied for on Form 4466 | 5c | | 0. | |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 186,802,387. | 0. | 186,802,387. |
| e Tax deposited with Form 7004 | 5e | | 0. | |
| f Credit from Form 2439 | 5f | | 0. | |
| g Credit for Federal tax on fuels | 5g | 72,510. | 0. | 72,510. |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 544,573. |
| 7 Add lines 5d through 6, column (c) | 7 | | | 187,419,470. |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 49,168,615. |
| 9 Subtract line 8 from line 7 | 9 | | | 138,250,855. |

RECEIVED FIELD AUDIT BRANCH OCT 0 1 2007 INTERNAL REVENUE SERVICE RICHMOND, VA.

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "**United States Treasury**" ▶ | 10 | 0. |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 297,699. |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 297,699. |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Barbara C. Cole (Signature of officer) 9/28/07 (Date) ▶ Assistant Controller (Title)

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ EIN Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

VDA

WK4T FD1231-001 49

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here ▶ ☐

SEE ATTACHED

Dominion Resources, Inc.
FEIN 54-1229715
Attachment to 1120X
Page 2, Part II

Line 2. Deduction for capitalized interest on associated property for certain projects included in issue V-044 for the 1995-96 IRS audit. Detailed information has been provided to the IRS audit agents. We believe that the regulations require that capitalized interest be computed on an avoided cost method.

On August 1, 2002, Dominion Resources, Inc. ("DRI") received an unfavorable Technical Advice Memorandum from the Internal Revenue Service ("IRS") National Office indicating that when computing capitalized interest on self-constructed assets in accordance with Internal Revenue Code ("IRC") Section 263A, property temporarily withdrawn from service during construction must be taken into account. A copy of the Technical Advice Memorandum is attached. DRI believes that the Technical Advice Memorandum ruling is in error since it does not take into account "avoided costs" principles as required by Treas. Reg. Section 1.263A-9 and IRC Section 263A9(f)(2).