ORIGINAL

FILED
MAR 20 2008
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-195 T |
| v. | ) | |
| | ) | Judge |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**RCFC 7.1 Disclosure Statement**

No corporation owns 10% or more of the stock of Dominion Resources, Inc.

Eric R. Fox

Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.: 202-662-3406
Facsimile No.: 202-393-7601
E-Mail Address: ericfox@ipbtax.com