**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 08-195 T
(Judge Charles F. Lettow)

---

DOMINION RESOURCES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**NOTICE OF APPEARANCE**

---

To the Clerk:

Please enter the appearance of Jeffrey R. Malo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: May 7, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
Phone: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov