**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 08-195 T
(Judge Charles F. Lettow)

DOMINION RESOURCES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from May 19, 2008, to and including July 18, 2008, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the first enlargement requested for this purpose. Plaintiff does not object to defendant's motion.

As good cause for this request, defendant states as follows:

Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written recommendation respecting the Government's legal position. The Service found it necessary to request materials from archives to review plaintiff's claim. Archive requests require at least six to eight weeks to be processed. It is estimated that Service personnel will require an additional two to three weeks to review plaintiff's claim once the archived materials are

received. The additional 60-day period requested herein will permit defendant's counsel to review the files and the Service's defense recommendation prior to preparing the Government's response to the complaint.

WHEREFORE, defendant respectfully requests that its motion be granted.

Respectfully submitted,

May 7, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

May 7, 2008

s/ Mary M. Abate

Of Counsel