IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-195T

(Filed: May 9, 2008)

DOMINION RESOURCES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's unopposed motion for an enlargement of time, filed on May 7, 2008. Defendant's answer or other response to plaintiff's complaint is presently due on or before May 19, 2008. Defendant seeks an additional sixty days in which to respond.

For good cause shown, defendant's motion is GRANTED. The defendant shall file its answer or other response on or before July 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge