IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-195T

(Filed: September 9, 2008)

DOMINION RESOURCES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the joint preliminary status report filed by the parties on September 8, 2008. The parties have proposed a schedule for discovery in this case. In light of the parties' Joint Preliminary Status Report, and for good cause shown, discovery in this case will proceed according to the following schedule:

| Action | Deadline |
|---|---|
| Completion of discovery | March 9, 2009 |
| Joint Status Report | April 13, 2009 |

It is so ORDERED.

s/ Charles F. Lettow
Judge