NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMINION RESOURCES, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5084

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-195, Judge Charles F. Lettow.

---

**DOMINION RESOURCES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5087

---

DOMINION RESOURCES v. US                    2

Appeal from the United States Court of Federal Claims in case no. 08-CV-195, Judge Charles F. Lettow.

---

## ON MOTION

---

### ORDER

Upon consideration of the United States' motion to dismiss appeal no. 2011-5084,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2011-5084.

(3) The revised official caption for 2011-5087 is reflected above.

FOR THE COURT

MAY 2 0 2011                     /s/ Jan Horbaly
Date                             Jan Horbaly
                                 Clerk

cc: Eric R. Fox, Esq.
    Francesca U. Tamami, Esq.

s21

Issued As A Mandate (As To 2011-5084 Only): **MAY 2 0 2011**

---

* The United States, requests that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By /s/ M. Tomlinson   Date: 5/20/11

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAY 2 0 2011

JAN HORBALY
CLERK